UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY CHRISTIAN, ) | |
| Plaintiff, ) | |
| ) | No. 1:18-cv-531 |
| -v- ) | |
| ) | Honorable Paul L. Maloney |
| LIBERTY NATIONAL FINANCIAL, LLC, et al., ) | |
| Defendants. ) | |
| ) | |

## JUDGMENT

All pending claims have been resolved. Consistent with a contemporaneous order, Plaintiff is awarded $3,500.00 against Defendants Liberty National Finance, Erin Fox and Timothy Koller.

**IT IS SO ORDERED.**

**THIS ACTION IS TERMINATED.**

Date: January 15, 2019          /s/ Paul L. Maloney
                                 Paul L. Maloney
                                 United States District Judge